# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL BANALES,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CAROLYN COLVIN,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant | Case No.: 2:24-cv-05940-AS<br><br>{~~PROPOSED~~} ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $7,200.00 as authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE: February 6, 2025

　　　　　　　　　　　　　　　　/ s / Sagar
　　　　　　　　　　　　　　　THE HONORABLE ALKA SAGAR
　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE